*Thursday, June 22, 1995*

## MERIT DOCKET

**92–1147.** McIntyre v. Ohio Elections Comm. *Franklin County,* No. 90AP–1221. On April 19, 1995, the Supreme Court of the United States ordered and adjudged that the judgment of this court entered in this cause on September 22, 1993, *McIntyre v. Ohio Elections Comm.* (1993), 67 Ohio St.3d 391, 618 N.E.2d 152, be reversed and that this cause be remanded to this court for further proceedings not inconsistent with the opinion of the Supreme Court of the United States. Accordingly, upon further consideration, effective June 21, 1995,

IT IS ORDERED by the court that the judgment entered by this court on September 22, 1993, wherein the judgment of the Court of Appeals for Franklin County was affirmed, be, and hereby is, reversed, consistent with the opinion of the Supreme Court of the United States. See *McIntyre v. Ohio Elections Comm.* (1995), 514 U.S. ——, 115 S.Ct. 1511, 131 L.Ed.2d 426.

It is further ordered that the appellant recover from the appellee her costs herein expended; and that a mandate be sent to the Court of Common Pleas of Franklin County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

**92–1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County,* No. 91–A–1660. On May 15, 1995, the Supreme Court of the United States ordered and adjudged that the judgment of this court entered in this cause on September 9, 1994, *Hyde v. Reynoldsville Casket Co.* (1994), 68 Ohio St.3d 240, 626 N.E.2d 75, be reversed and that this cause be remanded to this court for further proceedings not inconsistent with the opinion of the Supreme Court of the United States. Accordingly, upon further consideration, effective June 21, 1995,

IT IS ORDERED by the court that the judgment entered by this court on February 9, 1994, wherein the judgment of the Court of Appeals for Ashtabula County was reversed, be, and hereby is, reversed, consistent with the opinion of the Supreme Court of the United States. See *Reynoldsville Casket Co. v. Hyde* (1995), 514 U.S. ——, 115 S.Ct. 1745, 131 L.Ed.2d 820.

It is further ordered that the appellees recover from the appellant their costs herein expended; that a mandate be sent to the Court of Common Pleas of Ashtabula County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Ashtabula County for entry.

## MOTION DOCKET

**95–100.** Trader v. People Working Cooperatively, Inc. *Hamilton County,* No. C–930716. On April 26, 1995, this cause was allowed on a discretionary appeal and held for the decision in 94–405, *Haynes v. Zoological Soc. of Cincinnati,* Hamilton County, Nos. C–910598 and C–910635. The briefing schedule was stayed. See (1995), 72 Ohio St.3d 1415, 647 N.E.2d 1389.

*Sua sponte,* stay dissolved. The parties are to proceed with briefing on the merits pursuant to the Supreme Court Rules of Practice.

**95–1114.** State v. May. *Hamilton County,* No. C–940862. On motion for stay of execution. Motion denied.